UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANTOS PEREZ, et al. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KEVIN SEIFERT, et al. ) <br> ) <br> Defendants. ) | Civil Action No.: 15-0036 |

### DECLARATION OF KIMBERLY HAMM

I, Kimberly Hamm, hereby make the following Declaration under penalty of perjury pursuant to 28 U.S.C. § 1746. The subject of this declaration and the statements set forth herein are true and correct to the best of my belief either on the basis of my personal knowledge or information acquired by me in the performance of my official duties.

1. I am currently an Assistant Counsel in the Office of General Counsel for the U.S. House of Representatives ("Office") and have held this position since October 2014. Due to my experience in my position and the nature of my official duties, I am familiar with the policies and practices of Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2671, *et seq.*, matters involving the U.S. House of Representatives.

2. The terms of the FTCA generally govern any injury to a third party or damage to property resulting from the tortious act or omission of a Member of Congress or their staff in conducting official duties. *See* 28 U.S.C. § 2679(b)(1); 28 U.S.C. § 2671 (defining "federal agency" as including the legislative branch).

3. The Office is the entity within the U.S. House of Representatives responsible for processing FTCA claims relating to U.S. Representatives and their staff. Upon receiving an FTCA claim, the Office generally then refers the claim and its recommendation for approval or denial to the Committee on House Administration.

4. Following a reasonable review of the Office's records, I have located no record of an FTCA claim relating to any incident that occurred on or about February 25, 2014 involving Kevin Seifert, Santos Perez, and/or Adan Bamaca Cajas.

March 6, 2015

Kimberly Hamm
Assistant Counsel
Office of General Counsel
U.S. House of Representatives